**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE:  CHAPTER 13
Patrick J Walker  CASE NUMBER 19-03843
    Debtor(s)  JUDGE: Joel D. Applebaum

_____,

## AFFIDAVIT

I, Patrick J Walker, the undersigned being duly sworn, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

(1) That I am a debtor in the process of filing bankruptcy.

(2) That I did not work in 2017 or 2018.

(2) That I am not required to file taxes for the years 2017 or 2018.

**I DECLARE THAT THE STATEMENTS ABOVE ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF**

Further deponent sayeth not.

Dated 9-10-19

X _____
Patrick J Walker, affiant