Form OSTRK (08/12)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Patrick J Walker**<br>2717 Mulford Dr SE<br>Grand Rapids, MI 49546<br>SSN: xxx–xx–2393<br><br>**Debtor** | **Case Number 19−03843−jwb**<br><br>**Chapter 7**<br><br>**Honorable James W. Boyd** |

# NOTICE STRIKING PLEADING OR OTHER DOCUMENT

In the above−noted case, the Clerk of the Bankruptcy Court has determined that pursuant to LBR 5005−2(c), the following document(s) presented for filing is(are) deemed defective:

    Document Number(s): 7

    Description of Document(s): Debtor(s) Statement About Social Security Numbers

    Description of Defect: Not properly signed as required by LBR 9011(b)(2): a scanned image of the originally signed document with the debtors written signature (not /s/ NAME).

This document is not properly signed or verified as required by BR9011. The document must be refiled with the Court to correct the defect within fourteen (14) days of the date below. A pleading which is timely filed to correct the defect, shall be considered filed as of the date that the pleading was originally received by the Court.



Michelle M. Wilson
Clerk of Court

**Dated:** September 12, 2019