Form NTCREDOC (05/19)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| IN RE: Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Patrick J Walker**<br>2717 Mulford Dr SE<br>Grand Rapids, MI 49546<br>SSN: xxx–xx–2393<br><br>**Debtor** | **Case Number 19–03843–jwb**<br><br>**Chapter 7**<br><br>**Honorable James W. Boyd** |
|---|---|

## NOTICE REGARDING FILED DOCUMENT

You are hereby notified that the court acknowledges the filing of Debtor(s) Statement About Social Security Numbers (Document # 9) on 9/12/19 in the above–referenced case. See LBR 5005–2(e).

**Please note the following:**

    Case number is missing.

    PLEASE TAKE NOTICE that if the errors or deficiencies noted above are not promptly corrected or otherwise addressed, the Clerk may bring the issue to the attention of the assigned judge for appropriate action, which may include holding a hearing, denying the relief requested in the document, or other disposition.

    If you have any questions, please contact the ECF Helpdesk by emailing ecfhelpdeskmiwb@miwb.uscourts.gov, calling (616) 456–2693 or by using online chat via www.miwb.uscourts.gov.



Michelle M. Wilson
CLERK OF BANKRUPTCY COURT

**Dated:** September 13, 2019

/S/_____
H. Burse
Deputy Clerk