United States Bankruptcy Court
Western District of Michigan

In re:  
Patrick J Walker  
      Debtor

Case No. 19-03843-jwb  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0646-1     User: lindstrom     Page 1 of 1     Date Rcvd: Sep 11, 2019  
                        Form ID: def7     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2019.  
db          +Patrick J Walker,   2717 Mulford Dr SE,   Grand Rapids, MI 49546-5671

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2019                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2019 at the address(es) listed below:  
         Anthony  Abueita    on behalf of Debtor Patrick J Walker Abueitalaw@gmail.com, r50082@notify.bestcase.com  
         Lisa E. Gocha    lgchapter7@yahoo.com,   lg@trustesolutions.com;lg@trustesolutions.net  
                                                                                                TOTAL: 2

Form DEF7 (03/19)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Patrick J Walker**<br>2717 Mulford Dr SE<br>Grand Rapids, MI 49546<br>SSN: xxx−xx−2393<br><br>**Debtor** | **Case Number 19−03843−jwb**<br><br>**Chapter 7**<br><br>**Honorable James W. Boyd** |

# NOTICE OF FILING(S) DUE

A petition was filed in the above−referenced case on 9/10/19 . Please be advised that the following list of documents have not been filed with the petition and must be filed in the immediate future.

    SS Statement due 9/24/2019

Local Rule 5005−2(f) of this Court requires that certain documents be filed simultaneously with the petition commencing a bankruptcy case. Pursuant to said Local Rule, if the defect is not corrected by the filing of the missing papers within 14 days of service of the Notice of Filings Due, the case may be dismissed without further notice to the debtor or any interested parties. Please note that all documents must be signed or accompanied by sworn declaration.



Michelle M. Wilson
Clerk of Court

**Dated:** September 11, 2019