FILED
2019 OCT 10 AM 11: 55
MICHELLE M. WILSON, CLERK
U.S. BANKRUPTCY COURT
WESTERN DIST. OF MICHIGAN

Certificate Number: 14912-MIW-DE-033517813

Bankruptcy Case Number: 19-03843

14912-MIW-DE-033517813

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 7, 2019</u>, at <u>2:46</u> o'clock <u>PM EDT</u>, <u>Patrick Walker</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Michigan</u>.

Date:   October 7, 2019            By:    /s/Jai Bhatt

                                   Name:  Jai Bhatt

                                   Title: Counselor